**HUNTON ANDREWS KURTH LLP**
ROLAND JUAREZ (State Bar No. 160793)
rjuarez@HuntonAK.com
ANH SHIGEKAWA (State Bar No. 280752)
ashigekawa@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant
VULCAN MATERIALS COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RAFTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, a New Jersey corporation; and DOES 1 through 25; inclusive,<br><br>Defendant. | CASE NO.: 2:20-CV-00276 RGK(PJWX)<br><br>*Assigned to the Hon. R. Gary Klausner*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: August 16, 2019<br>Trial Date: None Set |

**TO THE COURT**:

In accordance with C.D. Local Rule 40-2, Defendant hereby submits this Notice of Settlement to notify the court that the lawsuit has been settled. The Parties expect to have the settlement agreement signed and finalized within forty-five (45) days.

DATED: October 29, 2020                    HUNTON ANDREWS KURTH LLP

By: _____
Roland Juarez
Anh Shigekawa
Attorneys for Defendant
VULCAN MATERIALS COMPAN

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627.

On **October 29, 2020**, I served the following document(s) **NOTICE OF SETTLEMENT** on the interested parties in this action:

| | |
|---|---|
| Douglas N. Silverstein, Esq.<br>dsilverstein@californialaborlawattorney.com<br>Michael G. Jacob, Esq.<br>mjacob@californialaborlawattorney.com<br>Michael Bew<br>MBew@californialaborlawattorney.com<br>KESLUK, SILVERSTEIN & JACOB P.C.<br>9255 Sunset Boulevard, Suite 411<br>Los Angeles, CA 90069<br>Telephone:  (310) 273-3180<br>Facsimile:   (310) 273-6137 | *Attorneys for Plaintiff Raymond Rafter* |

[X] **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

[ ] **By OVERNIGHT MAIL:** by overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

[ ] **By ELECTRONIC MAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) indicated above.

[X] **By CM/ECF:** I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 29, 2020**, at Los Angeles, California.

*/s/ Hilda A. Escobar*
HILDA A. ESCOBAR

1
CERTIFICATE OF SERVICE