Douglas N. Silverstein, Esq. (SBN 181957)
dsilverstein@californialaborlawattorney.com
Michael G. Jacob, Esq. (SBN 229939)
mjacob@californialaborlawattorney.com
**KESLUK, SILVERSTEIN, JACOB & MORRISON, P.C.**
9255 Sunset Boulevard, Suite 411
Los Angeles, California 90069-3302
Phone: 310-273-3180 ♦ Fax: 310-273-6137

Attorneys for Plaintiff, RAYMOND RAFTER


Roland M. Juarez, Esq.
rjuarez@huntonAK.com
Anh N. Shigekawa, Esq.
ashigekawa@huntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213-532-2000 ♦ Facsimile: 213-532-2020

Attorneys for Defendant, VULCAN MATERIALS COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RAFTER, an individual,<br><br>             Plaintiff,<br><br>       v.<br><br>VULCAN MATERIALS COMPANY, a New Jersey corporation; and DOES 1 through 25; inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00276-RGK-PJW<br><br>[Case Assigned to District Judge R. Gary Klausner, and Magistrate Judge Patrick J. Walsh]<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:     August 16, 2019<br>Trial Date:        May 11, 2021 |

IT IS HEREBY STIPULATED by and between Plaintiff RAYMOND RAFTER ("Plaintiff") and VULCAN MATERIALS COMPANY ("Defendant") (collectively "the Parties"), and through their counsel of record, that the above-referenced action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties have agreed to bear their own costs and attorneys' fees incurred in this action.

DATED: November 12, 2020   KESLUK, SILVERSTEIN, JACOB & MORRISON, P.C.

By:   /s/ *Michael G. Jacob*
DOUGLAS N. SILVERSTEIN
MICHAEL G. JACOB
Attorneys for Plaintiff, RAYMOND RAFTER

KESLUK, SILVERSTEIN, JACOB & MORRISON, P.C.
Attorneys at Law
9255 SUNSET BOULEVARD, SUITE 411
ANGELES, CALIFORNIA 90069-3302
TELEPHONE 310-273-3180 ♦ FAX 310-273-6137

DATED: November 12, 2020    HUNTON ANDREWS KURTH LLP

By: /s/ *Anh N. Shigekawa*
RONALD M. JUAREZ
ANH N. SHIGEKAWA
Attorneys for Defendant, VULCAN MATERIALS COMPANY

**Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

I, Anh N. Shigekawa, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Anh N. Shigekawa