JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RAFTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, a New Jersey corporation; and DOES 1 through 25; | CASE NO.:  2:20-CV-00276 RGK(PJWX)<br><br>*Assigned to the Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE<br><br>[29] |

-1-

The Court, having considered the Parties' Stipulation of Dismissal, hereby ORDERS that:

1. The above-captioned action is dismissed with prejudice;
2. Each party is to bear its own fees and costs; and
3. The Court retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: Nov. 16, 2020

_____
Hon. R. Gary Klausner
Judge of the United States District Court